**Fill in this information to identify the case:**

Debtor name    **SanityDesk, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known)    **22-10527-JTD**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/24/2022

X *Mark Zollner*
C1C3AE6C7B024D8...

Signature of individual signing on behalf of debtor

**Mark Zollner**
Printed name

**Interim CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SanityDesk, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | **22-10527-JTD** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2Enable Partners VIII LP 850 Washington Street, Suite 220 Dedham, MA 02026** | | | | | | **$105,095.89** |
| **Brex Inc. 110 South Park Street San Francisco, CA 94107** | | | | | | **$57,976.85** |
| **CAPCHASE INC 386 Park Ave S New York, NY 10016** | | | | | | **$157,931.86** |
| **Carsted Rosenberg Advokatfirma GmbH Bahnhofstrasse 2 6060 Sarnen Switzerland** | | | | | | **$20,320.00** |
| **CFT Clear Finance Technology Corp. 1055 West Hastings Street Suite 1700 Vancouver British Columbia V6E 2E9 Canada** | | | | | | **$147,950.05** |
| **Dmytro Leonov MAKSYMOVYCHA ST 3 LVIV LVIV 79031 Ukraine** | | | | | | **$8,188.00** |
| **Facebook 1601 Willow Rd Menlo Park, CA 94025** | | | | | | **$191,604.77** |

| Debtor | **SanityDesk, Inc.** | | Case number *(if known)* | **22-10527-JTD** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fundbox Supplier 300 Montgomery Stree San Francisco, CA 94104** | | | | | | **$36,326.36** |
| **James Cook Media Inc. Inc 501 Congress Ave Ste 150 Austin, TX 78701** | | | | | | **$51,291.71** |
| **JCM USA LLC 501 Congress Ave Ste 150 Austin, TX 78701** | | | | | | **$36,624.86** |
| **Libertas Funding LLC Attn:Randy Saluck 411 West Putnam Ave Suite 220 Greenwich, CT 06380** | | | **Disputed** | **$257,416.50** | **$0.00** | **$257,416.50** |
| **Long-term Loan Fluidlytix, LLC 3002 Foxcreek Dr. Richardson, TX 75082** | | | | | | **$37,700.00** |
| **Meta Platforms. Inc 1601 Willow Rd Menlo Park, CA 94025** | | | | | | **$67,422.05** |
| **Pipe Technologies Inc. 360 NW 27th Street Miami, FL 33127** | | | | | | **$40,059.85** |
| **Samuel P. Cook 603 Lockwood Ct, Lake Charles, LA 70605** | | | | | | **$50,172.17** |
| **Stripe, Inc. 354 Oyster Point Blvd South South San Francisco, CA 94080** | | | | | | **$129,495.41** |
| **SVB 255 Battery Street San Francisco, CA 94111** | | | | | | **$62,791.65** |

Debtor  **SanityDesk, Inc.**
_____   Case number *(if known)*   **22-10527-JTD**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration Office of Disaster Assistance 14925 Kingsport Rd Fort Worth, TX 76155** | | | **Disputed** | **$34,900.00** | **$0.00** | **$34,900.00** |
| **Underovsky Krzysztof Grodzka 42/1, 31-044 Kraków Poland** | | | | | | **$9,273.00** |
| **Wilhelmien van Nieuwenhuizen Story Marketing Studeio Stockenmatt 33 Stalden Obwalden 6063 Switzerland** | | | | | | **$10,183.90** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **SanityDesk, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **22-10527-JTD**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $   **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $   **997,582.30**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $   **997,582.30**

---

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $   **332,316.50**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **1,382,175.58**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b                                                                                   $   **1,714,492.08**

| Fill in this information to identify the case: |
| --- |
| Debtor name **SanityDesk, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) **22-10527-JTD** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Evolve Bank & Trust** | **Checking** | **2878** | $233.63 |
| 3.2. **SVB** | **Checking** | **5277** | $1.53 |
| 3.3. **Chase** | **Checking** | **6537** | $0.89 |
| 3.4. **PayPal** | | | $11,185.20 |
| 3.5. **Wise** | | | $73.62 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1. **Stripe** | | | $16,443.21 |

| Debtor | **SanityDesk, Inc.** | Case number *(if known)* | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

**5.  Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$27,938.08

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.  Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Regus Management Group LLC** | $192.10 |
|---|---|---|
| 8.2. | **Todd Boyum** | $382.40 |
| 8.3. | **AirBnb** | $445.34 |
| 8.4. | **Dmytro Leonov** | $3,116.00 |
| 8.5. | **Oleksandr Golovan** | $1,000.00 |
| 8.6. | **Heap Inc.** | $1,172.61 |
| 8.7. | **James Cook Media Inc., Inc.** | $82,025.68 |
| 8.8. | **Tyron Dizon** | $1,000.00 |

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$89,334.13

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.  Accounts receivable**

| Debtor | **SanityDesk, Inc.** | Case number *(If known)* **22-10527-JTD** |
|---|---|---|
| | Name | |

11a. 90 days old or less:     **1,095.00**    -    **0.00** = ....     **$1,095.00**

        face amount           doubtful or uncollectible accounts

11b. Over 90 days old:     **598.00**    -    **0.00** = ....     **$598.00**

        face amount           doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$1,693.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:        % of ownership | | |
| 15.1. | **SanityDesk LLC -Ukrainian company that was fonded by SanityDesk Inc. (USA)**    % | | **$15,000.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$15,000.00** |

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.

☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **SanityDesk, Inc.** | Case number *(If known)* | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**
**Computer monitors, PC's, Telephone, Laptop**    $6,168.15        $0.00

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.        $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** **Intellectual Property** | **$600,000.00** | | **$496,666.77** |
| **Capitalized start up costs** | **$121,279.65** | | **$109,850.32** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

| Debtor | **SanityDesk, Inc.** | Case number *(If known)* **22-10527-JTD** |
|---|---|---|
| | Name | |

**65.**     **Goodwill**

**66.**     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

> **$606,517.09**

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71.**     **Notes receivable**
Description (include name of obligor)

| | | |
|---|---|---|
| **Loans to Samuel Cook** | **7,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$7,000.00** |
| **Pledged Common Stock** | **100.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$100.00** |
| **Due from JCM USA LLC** | **10,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$10,000.00** |
| **Promissory Note - Samuel P.N. Cook** | **120,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$120,000.00** |
| **Promissory Note - Mark Zollner** | **30,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$30,000.00** |
| **Promissory Note - Oleksandr Golovan** | **30,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$30,000.00** |
| **Promissory Note - Tyron Dyson** | **60,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$60,000.00** |

**72.**     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**     **Interests in insurance policies or annuities**

Debtor   **SanityDesk, Inc.**                                    Case number *(If known)*   **22-10527-JTD**
         Name

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                              | $257,100.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor    **SanityDesk, Inc.**
Name

Case number *(If known)*  **22-10527-JTD**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,938.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $89,334.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,693.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $15,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $606,517.09 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $257,100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $997,582.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $997,582.30 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

| Fill in this information to identify the case: |
| --- |
| Debtor name **SanityDesk, Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  **22-10527-JTD** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **2011-I Partners Trust**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$40,000.00** | **$40,000.00** |
| **1811 Kanola Road**<br>**La Habra, CA 90631**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Libertas Funding LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $257,416.50 | $0.00 |
| **Attn:Randy Saluck**<br>**411 West Putnam Ave Suite 220**<br>**Greenwich, CT 06380**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | SanityDesk, Inc. | Case number (if known) | 22-10527-JTD |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $34,900.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $332,316.50 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|
| Debtor name **SanityDesk, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) **22-10527-JTD** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**2Enable Partners VIII LP**<br>**850 Washington Street, Suite 220**<br>**Dedham, MA 02026**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$105,095.89** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alex Portugal**<br>**223 W 105th 5RE**<br>**New York, NY 10025**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,447.59** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alina Kvashenko**<br>**Voznesensk, 56500, Oktyabrskoy**<br>**Revolyutsii St, 232, Apt.6**<br>**Mykolaiv region**<br>**Ukraine**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,690.33** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Amazon Web Services, Inc.**<br>**410 Terry Ave North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,375.24** |

| Debtor | **SanityDesk, Inc.** | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,121.00 |
|---|---|---|---|

**Anastasiia Shpak**
**Khreshchatyk St**
**26, Cherkasy**
**Ukraine, 18031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**Anirban Sengupta**
**Proprietor**
**ASG Marketing Services**
**216Q, N.S.C Bose Road**
**Kolkata-700047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,636.00 |
|---|---|---|---|

**Anna Lomsadze**
**6 Rcheulishvili street**
**Mtatsminda district**
**Tbilisi**
**Georgia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,412.00 |
|---|---|---|---|

**Anna Tereshchenko**
**Olimpiiska 1B**
**17, Brovary**
**07403**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,919.00 |
|---|---|---|---|

**Antonio Sclafani**
**240 W Fairway Rd**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,205.00 |
|---|---|---|---|

**Anujin de Bergevin**
**3 boulevard du parc impérial**
**06000 NICE**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57,976.85 |
|---|---|---|---|

**Brex Inc.**
**110 South Park Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SanityDesk, Inc.** | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$157,931.86** |
|---|---|---|---|
| | **CAPCHASE INC**<br>**386 Park Ave S**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,320.00** |
|---|---|---|---|
| | **Carsted Rosenberg Advokatfirma GmbH**<br>**Bahnhofstrasse 2**<br>**6060 Sarnen**<br>**Switzerland** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,725.00** |
|---|---|---|---|
| | **Cecil Madrid**<br>**1726, Modesto Str.,**<br>**Malate, Manila**<br>**Philippines 1004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$147,950.05** |
|---|---|---|---|
| | **CFT Clear Finance Technology Corp.**<br>**1055 West Hastings Street Suite 1700**<br>**Vancouver**<br>**British Columbia V6E 2E9**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,175.00** |
|---|---|---|---|
| | **Charlie Govea**<br>**Circuito Bosque del Roble 341**<br>**Col. Bosques del Mineral**<br>**Pachuca, Hidalgo**<br>**Mexico** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,158.50** |
|---|---|---|---|
| | **David Giang**<br>**Anderstorpsvägen 37, 335 33**<br>**Gnosjö**<br>**Sweden** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,188.00** |
|---|---|---|---|
| | **Dmytro Leonov**<br>**MAKSYMOVYCHA ST**<br>**3 LVIV LVIV**<br>**79031**<br>**Ukraine** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SanityDesk, Inc.** | | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,456.00** |
|---|---|---|---|
| | **Dmytro Prusov** | ☐ Contingent | |
| | **Anishchenko St., 14, apt. 32** | ☐ Unliquidated | |
| | **Kyiv** | ☐ Disputed | |
| | **Ukraine** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|
| | **Egle Puidokaite** | ☐ Contingent | |
| | **14 rue George Sand** | ☐ Unliquidated | |
| | **Palaiseau** | ☐ Disputed | |
| | **91120** | | |
| | **France** | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$191,604.77** |
|---|---|---|---|
| | **Facebook** | ☐ Contingent | |
| | **1601 Willow Rd** | ☐ Unliquidated | |
| | **Menlo Park, CA 94025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,114.00** |
|---|---|---|---|
| | **Filip Zarebinski** | ☐ Contingent | |
| | **os. Kazimierzowskie 33/37** | ☐ Unliquidated | |
| | **31-844 Kraków** | ☐ Disputed | |
| | **Poland** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,326.36** |
|---|---|---|---|
| | **Fundbox Supplier** | ☐ Contingent | |
| | **300 Montgomery Stree** | ☐ Unliquidated | |
| | **San Francisco, CA 94104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|
| | **Gary Christensen** | ☐ Contingent | |
| | **756 Avenida Majorca Unit B** | ☐ Unliquidated | |
| | **Laguna Woods, CA 92637** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,314.00** |
|---|---|---|---|
| | **GoCloud** | ☐ Contingent | |
| | **Krzyzówki 13B/27** | ☐ Unliquidated | |
| | **03-193 Warszawa** | ☐ Disputed | |
| | **Poland** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SanityDesk, Inc.** | | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Hanna Goldie**<br>**Zavodska street, 7, apt 19**<br>**Zhovti Vody**<br>**Ukraine, 52200**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,121.00** |
|---|---|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Jake Marvin Alim**<br>**Block 5 Lot 13 Carissa 4B**<br>**Brgy. Kaypian,**<br>**Cijakejakety of San Jose del Monte**<br>**Bulacan, Philippine**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,955.00** |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**James Cook Media Inc. Inc**<br>**501 Congress Ave Ste 150**<br>**Austin, TX 78701**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,291.71** |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**James Cook Media Inc. Inc**<br>**501 Congress Ave Ste 150**<br>**Austin, TX 78701**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,956.85** |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**JCM USA LLC**<br>**501 Congress Ave Ste 150**<br>**Austin, TX 78701**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36,624.86** |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**JungleWP Limited (Pedro Paquemar)**<br>**21/F, On Hing Building, 1 On Hing Terrace**<br>**Hong Kong**<br>**China**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,420.60** |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Kate Virchenko**<br>**Hrushevskogo 2, housing 1, fl. 24**<br>**Poltava  36021**<br>**Ukraine**<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,850.00** |

| Debtor | **SanityDesk, Inc.** | | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,490.95** |
|---|---|---|---|

**Kateryna Sliusar**
**Nauky Av, 53, Apt 52**
**Kharkiw**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,637.00** |
|---|---|---|---|

**Krzysztof Wichowski**
**ul. Andrzeja Struga 1**
**35-328**
**Rzeszów**
**Poland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,700.00** |
|---|---|---|---|

**Long-term Loan Fluidlytix, LLC**
**3002 Foxcreek Dr.**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,423.00** |
|---|---|---|---|

**Mariia Prylypko**
**Tyraspolska 60**
**ap. 640**
**Kyiv**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,846.00** |
|---|---|---|---|

**Mark Zollner**
**al. Jerozolimskie 85 lok.21**
**02-001 Warszawa**
**Poland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,422.05** |
|---|---|---|---|

**Meta Platforms. Inc**
**1601 Willow Rd**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,375.00** |
|---|---|---|---|

**Networking Made Simple**
**Suite 6, HQ1**
**Abbey St, Tralee**
**Kerry**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SanityDesk, Inc.** | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,197.00** |
|---|---|---|---|

**Olena Ahamirova**
**Odeska reg, c. Yuzhne, Hr.**
**Desanta str. 19, app.25**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,882.00** |
|---|---|---|---|

**Olena Zhovtivska**
**22000, Vinniysia region**
**Khmilnyk city, prospekt Svobody**
**11, Ap. 26**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,263.00** |
|---|---|---|---|

**Olga Batiukova**
**29, A. Malyshko, ap. 81**
**Kyiv**
**Ukraine**
**02192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,035.00** |
|---|---|---|---|

**Olha Dolinska**
**Leontovycha str, 5**
**Khmelnyskyi**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,456.00** |
|---|---|---|---|

**Olha Karpunets**
**Polonne city, Shevchenko Str., 7**
**Khmelnytskyi region**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$269.10** |
|---|---|---|---|

**ORANGE SQUASH AGENCY**
**Wood View**
**Kimbolton Road, Hail Weston**
**Cambridgeshire, PE19 5LB**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,059.85** |
|---|---|---|---|

**Pipe Technologies Inc.**
**360 NW 27th Street**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SanityDesk, Inc.** | | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,907.40** |
|---|---|---|---|
| | **Resort Homecare** | ☐ Contingent | |
| | **12/6 Beerburrum Street** | ☐ Unliquidated | |
| | **Caloundra QLD 4551** | ☐ Disputed | |
| | **Australia** | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.00** |
|---|---|---|---|
| | **Ruben van der Drift** | ☐ Contingent | |
| | **Carrer de Muntaner** | ☐ Unliquidated | |
| | **25 Sobreático 1a 08011** | ☐ Disputed | |
| | **Barcelona** | | |
| | **Spain** | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,371.00** |
|---|---|---|---|
| | **S.P.R.L Our New Earth ONE** | ☐ Contingent | |
| | **46 rue Theys** | ☐ Unliquidated | |
| | **6238 Luttre Sanity Desk** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.14** |
|---|---|---|---|
| | **Samuel P. Cook** | ☐ Contingent | |
| | **603 Lockwood Ct,** | ☐ Unliquidated | |
| | **Lake Charles, LA 70605** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,172.17** |
|---|---|---|---|
| | **Samuel P. Cook** | ☐ Contingent | |
| | **603 Lockwood Ct,** | ☐ Unliquidated | |
| | **Lake Charles, LA 70605** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.00** |
|---|---|---|---|
| | **Semenova Natalya** | ☐ Contingent | |
| | **Urlivska St. 8-14** | ☐ Unliquidated | |
| | **Kyiv 02095** | ☐ Disputed | |
| | **Ukraine** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,017.00** |
|---|---|---|---|
| | **Serhii Sova** | ☐ Contingent | |
| | **29D, Nizhynska** | ☐ Unliquidated | |
| | **Kyiv, 03058** | ☐ Disputed | |
| | **Ukraine** | | |
| | **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SanityDesk, Inc.** | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Sidewinder Digital**
**9a Opal Drive**
**Papamoa 3118**
**New Zealand**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,287.00** |
|---|---|---|---|

**Sofia Neroda**
**ZELENA 33/6**
**LOKACHI 45500**
**UKRAINE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Sofia Ostrova**
**Bal'zaka St, 26a**
**apt 20**
**Kiev**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,857.00** |
|---|---|---|---|

**Sofia Shyshovska**
**Kakhovskaya street 62A, app. 66**
**Kyiv**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,796.00** |
|---|---|---|---|

**Stanislav Kovalenko**
**Mykoly Bazhana Ave, 7?, 225**
**Kyiv**
**Ukraine, 02000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,495.41** |
|---|---|---|---|

**Stripe, Inc.**
**354 Oyster Point Blvd South**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,791.65** |
|---|---|---|---|

**SVB**
**255 Battery Street**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SanityDesk, Inc.** | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,710.65** |
|---|---|---|---|
| | **Thomas Edward Payne** <br> **1833 S. Cholla** <br> **Mesa, AZ 85202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,782.00** |
|---|---|---|---|
| | **Tyron Dizon** <br> **1744 Modesto Street Malate** <br> **Manila Philippines 1004** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,273.00** |
|---|---|---|---|
| | **Underovsky Krzysztof** <br> **Grodzka 42/1, 31-044** <br> **Kraków** <br> **Poland** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,727.00** |
|---|---|---|---|
| | **Vladyslava Rogachenko** <br> **Dehtyarivska, 49A** <br> **Kyiv 03113** <br> **Ukriane** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,654.30** |
|---|---|---|---|
| | **VM Design** <br> **8 Taber St.** <br> **Carleton Place K7C 0H2** <br> **Canada** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,183.90** |
|---|---|---|---|
| | **Wilhelmien van Nieuwenhuizen** <br> **Story Marketing Studeio** <br> **Stockenmatt 33** <br> **Stalden Obwalden 6063** <br> **Switzerland** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,898.55** |
|---|---|---|---|
| | **Wistia** <br> **120  Brookline St.** <br> **Cambridge, MA 02139** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

DocuSign Envelope ID: 044D80C3-9277-427B-8D78-54F371AB4158

| Debtor | **SanityDesk, Inc.** | | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|---|

Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,260.00** |
|---|---|---|---|

**Yaroslav Grobovenko**
**Chernihiv region, Pryluky district**
 **Zaudaika village**
**Street Yaroslav the Wise**
**Ukraine, 17540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$850.00** |
|---|---|---|---|

**Youcef Gourine**
**Chokolivs'kyi Boulevard, 39,**
**Kiev, Kyiv city**
**Ukraine**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,382,175.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,382,175.58 |

DocuSign Envelope ID: 044D80C3-0277-427B-8D78-54F371AB4158

**Fill in this information to identify the case:**

Debtor name **SanityDesk, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **22-10527-JTD**

☐ Check if this is an
amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Sales Executive** | |
| State the term remaining | **Alex Portugal** |
| List the contract number of any government contract | **223 W 105th 5RE** **New York, NY 10025** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Product Designer** | |
| State the term remaining | **Alina Kvashenko** **Voznesensk, 56500, Oktyabrskoy** |
| List the contract number of any government contract | **Revolyutsii St, 232, Apt.6** **Mykolaiv region** **Ukraine** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **People manager** | |
| State the term remaining | |
| List the contract number of any government contract | **Anastasiia Shpak** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Junior Marketing Manager** | |
| State the term remaining | **Anna Lomsadze** **6 Rcheulishvili street** **Mtatsminda district** |
| List the contract number of any government contract | **Tbilisi** **Georgia** |

| Debtor 1 | SanityDesk, Inc. | | | Case number *(if known)* | **22-10527-JTD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Custormer Success Manager** | |
|---|---|---|---|
| | State the term remaining | | Anna Tereshchenko<br>Olimpiiska 1B<br>17, Brovary<br>07403<br>Ukraine |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Head of Sales Managers** | |
|---|---|---|---|
| | State the term remaining | | Antonio Sclafani<br>240 W Fairway Rd<br>Henderson, NV 89015 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Development Representative** | |
|---|---|---|---|
| | State the term remaining | | Anujin de Bergevin<br>3 boulevard du parc impérial<br>06000 NICE<br>France |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Technical Support Manager** | |
|---|---|---|---|
| | State the term remaining | | Cecil Madrid<br>1726, Modesto Str.,<br>Malate, Manila<br>Philippines 1004 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Executive** | |
|---|---|---|---|
| | State the term remaining | | David Giang<br>Anderstorpsvägen 37, 335 33<br>Gnosjö<br>Sweden |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Senior Product Designer** | |
|---|---|---|---|
| | State the term remaining | | Dmytro Leonov<br>MAKSYMOVYCHA ST<br>3 LVIV LVIV<br>79031<br>Ukraine |

| Debtor 1 | SanityDesk, Inc. | | | Case number *(if known)* | **22-10527-JTD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Middle Back-End Developer** |
|---|---|---|
| | State the term remaining | **Dmytro Prusov**<br>**Anishchenko St., 14, apt. 32**<br>**Kyiv**<br>**Ukraine** |
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Custormer Success Manager** |
|---|---|---|
| | State the term remaining | **Egle Puidokaite**<br>**14 rue George Sand**<br>**Palaiseau**<br>**91120**<br>**France** |
| | List the contract number of any government contract | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **VP of Engineering** |
|---|---|---|
| | State the term remaining | **Filip Zarebinski**<br>**os. Kazimierzowskie 33/37**<br>**31-844 Kraków**<br>**Poland** |
| | List the contract number of any government contract | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Support Manager** |
|---|---|---|
| | State the term remaining | **Hanna Goldie**<br>**Zavodska street, 7, apt 19**<br>**Zhovti Vody**<br>**Ukraine, 52200** |
| | List the contract number of any government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Senior Infrastructure Developer** |
|---|---|---|
| | State the term remaining | **Jake Marvin Alim**<br>**Block 5 Lot 13 Carissa 4B**<br>**Brgy. Kaypian**<br>**City of San Jose del Monte, Bulacan**<br>**Philippines** |
| | List the contract number of any government contract | |

Debtor 1    **SanityDesk, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **22-10527-JTD**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Marketing Manager** |
| State the term remaining | Kate Virchenko<br>Hrushevskogo 2, housing 1, fl. 24<br>Poltava  36021<br>Ukraine |
| List the contract number of any government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Product Manager** |
| State the term remaining | Kateryna Sliusar<br>Nauky Av, 53, Apt 52<br>Kharkiw<br>Ukraine |
| List the contract number of any government contract | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Middle Full Stack Developer** |
| State the term remaining | Krzysztof Wichowski<br>ul. Andrzeja Struga 1<br>35-328<br>Rzeszów<br>Poland |
| List the contract number of any government contract | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Custormer Success Manager** |
| State the term remaining | Mariia Prylypko<br>Tyraspolska 60<br>ap. 640<br>Kyiv<br>Ukraine |
| List the contract number of any government contract | |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Interim CEO** |
| State the term remaining | Mark Zollner<br>al. Jerozolimskie 85 lok.21<br>02-001 Warszawa<br>Poland |
| List the contract number of any government contract | |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Head of Customer Success Managers** |
| State the term remaining | Olena Ahamirova<br>Odeska reg, c. Yuzhne, Hr.<br>Desanta str. 19, app.25<br>Ukraine |

| Debtor 1 | SanityDesk, Inc. | | | Case number (if known) | **22-10527-JTD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | List the contract number of any government contract | _____ |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Junior Accountant** | |
|---|---|---|---|
| | State the term remaining | | **Olena Zhovtivska** |
| | List the contract number of any government contract | | **22000, Vinniysia region Khmilnyk city, prospekt Svobody 11, Ap. 26 Ukraine** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Manager** | |
|---|---|---|---|
| | State the term remaining | | **Olga Batiukova** |
| | List the contract number of any government contract | | **29, A. Malyshko, ap. 81 Kyiv Ukraine 02192** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Business Development Representative** | |
|---|---|---|---|
| | State the term remaining | | **Olha Dolinska** |
| | List the contract number of any government contract | | **Leontovycha str, 5 Khmelnyskyi Ukraine** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Middle Front-End Developer** | |
|---|---|---|---|
| | State the term remaining | | **Olha Karpunets** |
| | List the contract number of any government contract | | **Polonne city, Shevchenko Str., 7 Khmelnytskyi region Ukraine** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Tech Client Support Manager** | |
|---|---|---|---|
| | State the term remaining | | **Semenova Natalya** |
| | List the contract number of any government contract | | **Urlivska St. 8-14 Kyiv 02095 Ukraine** |

Debtor 1  **SanityDesk, Inc.**
    First Name          Middle Name          Last Name

Case number *(if known)*  **22-10527-JTD**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Middle Front-End Developer**

State the term remaining

List the contract number of any government contract

Serhii Sova
29D, Nizhynska
Kyiv, 03058
Ukraine

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Affiliate & Partnership Manager**

State the term remaining

List the contract number of any government contract

Sofia Neroda
ZELENA 33/6
LOKACHI 45500
UKRAINE

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Product Manager**

State the term remaining

List the contract number of any government contract

Sofia Ostrova
Bal'zaka St, 26a
apt 20
Kiev
Ukraine

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Senior Customer Success Manager**

State the term remaining

List the contract number of any government contract

Sofia Shyshovska
Kakhovskaya street 62A, app. 66
Kyiv
Ukraine

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Middle Back-End Developer**

State the term remaining

List the contract number of any government contract

Stanislav Kovalenko
Mykoly Bazhana Ave, 7?, 225
Kyiv
Ukraine, 02000

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Sales Development Representative**

State the term remaining

Thomas Edward Payne
1833 S. Cholla
Mesa, AZ 85202

---

Debtor 1  **SanityDesk, Inc.**
_____
First Name    Middle Name    Last Name

Case number *(if known)*  **22-10527-JTD**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Chief Product Officer** | |
|---|---|---|---|
| | State the term remaining | | **Tyron Dizon**<br>**1744 Modesto Street Malate**<br>**Manila Philippines 1004** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **VP of R&D** | |
|---|---|---|---|
| | State the term remaining | | **Underovsky Krzysztof**<br>**Grodzka 42/1, 31-044**<br>**Kraków**<br>**Poland** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Operations manager** | |
|---|---|---|---|
| | State the term remaining | | **Vladyslava Rogachenko**<br>**Dehtyarivska, 49A**<br>**Kyiv 03113**<br>**Ukriane** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Middle Full Stack Developer** | |
|---|---|---|---|
| | State the term remaining | | **Yaroslav Grobovenko**<br>**Chernihiv region, Pryluky district**<br>**Zaudaika village**<br>**Street Yaroslav the Wise**<br>**Ukraine, 17540** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Junior Technical Support Manager** | |
|---|---|---|---|
| | State the term remaining | | **Youcef Gourine**<br>**Chokolivs'kyi Boulevard, 39,**<br>**Kiev, Kyiv city**<br>**Ukraine** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name  **SanityDesk, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **22-10527-JTD**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

|  | Name | Mailing Address |  | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City      State      Zip Code |  | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City      State      Zip Code |  | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City      State      Zip Code |  | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City      State      Zip Code |  | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
|---|

Debtor name __**SanityDesk, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**22-10527-JTD**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$544,272.03** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,354,277.37** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$159,029.53** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | **Evactuation help** | **$49,814.60** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | **Private Trainings** | **$73,272.09** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | **Expense Income** | **$32,016.81** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    **SanityDesk, Inc.**                                    Case number *(if known)*  **22-10527-JTD**

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attachment** | | **$378,812.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **SanityDesk, Inc.**                              Case number *(if known)*  **22-10527-JTD**

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Stripe, Inc.**<br>**354 Oyster Point Blvd South**<br>**South San Francisco, CA 94080** | | **$13,351.12** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **The Borderland Foundation** | **Charity contribution for the Ukrainian people affected by the war** | | **$17,661.00** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **SanityDesk, Inc.**

Case number *(if known)* **22-10527-JTD**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange St.**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **5/31/2022** | **$61,500.00** |
| | Email or website address<br>**mbusenkell@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange St.**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **5/3/2022** | **$7,500.00** |
| | Email or website address<br>**mbusenkell@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange St.**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **5/31/2022** | **$6,000.00** |
| | Email or website address<br>**mbusenkell@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **CMBG Advisors Inc**<br>**12400 Wilshire Boulevard,**<br>**Suite 1180**<br>**Los Angeles, CA 90025** | | **3/1/2022** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Debtor | **SanityDesk, Inc.** | Case number *(if known)* | **22-10527-JTD** |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **16192 Coast Highway**<br>**Lewes, DE 19958** | **10/28/2019-6/21/2020** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

_____

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor  **SanityDesk, Inc.**                                                      Case number *(if known)*  **22-10527-JTD**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **SanityDesk, Inc.**                                    Case number *(if known)*  **22-10527-JTD**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **SanityDesk, LTD** | **Company in Ukraine was founded by SanityDesk Inc.** | **Dates business existed**<br><br>EIN:  **44039456**<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Olga Batiukova**<br>**29, A. Malyshko, ap. 81**<br>**Kyiv**<br>**Ukraine**<br>**02192** | **11/1/2019-present** |
| 26a.2.  **Rogachenko Vladyslava**<br>**Dehtyarivska, 49A**<br>**Kyiv 03113**<br>**Ukraine** | **4/26/2021-06/07/2022** |
| 26a.3.  **Olena Zhovtivska**<br>**22000, Vinniysia region**<br>**Khmilnyk city, prospekt Svoboby**<br>**11, Ap. 26**<br>**Ukraine** | **02/08/2022-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **ZTX Advisors LLC**<br>**2931 Brookview Dr**<br>**Pearland, TX 77584** | **06/17/2020-05/31/2022** |

Debtor    **SanityDesk, Inc.**                                    Case number *(if known)* **22-10527-JTD**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **ZTX Advisors LLC**<br>**2931 Brookview Dr**<br>**Pearland, TX 77584** | |
| 26c.2. **Olena Zhovtivska**<br>**22000, Vinniysia region**<br>**Khmilnyk city, prospekt Svobody**<br>**11, Ap. 26**<br>**Ukraine** | |
| 26c.3. **Olga Batiukova**<br>**29, A. Malyshko, ap. 81**<br>**Kyiv**<br>**Ukraine**<br>**02192** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Brex Inc.**<br>**110 South Park Street**<br>**San Francisco, CA 94107** |
| 26d.2. **Pipe Technologies Inc.**<br>**360 NW 27th Street**<br>**Miami, FL 33127** |
| 26d.3. **Stripe, Inc.**<br>**354 Oyster Point Blvd South**<br>**South San Francisco, CA 94080** |
| 26d.4. **Fundbox Supplier**<br>**300 Montgomery Stree**<br>**San Francisco, CA 94104** |
| 26d.5. **CFT Clear Finance Technology Corp.**<br>**1055 West Hastings Street Suite 1700**<br>**Vancouver**<br>**British Columbia V6E 2E9**<br>**Canada** |
| 26d.6. **SVB**<br>**255 Battery Street**<br>**San Francisco, CA 94111** |
| 26d.7. **CAPCHASE INC**<br>**386 Park Ave S**<br>**New York, NY 10016** |
| 26d.8. **2Enable Partners VIII LP**<br>**850 Washington Street, Suite 220**<br>**Dedham, MA 02026** |
| 26d.9. **Evolve Bank & Truste**<br>**6070 Poplar Ave, Suite 200**<br>**Memphis, TN 38119** |

| Debtor | SanityDesk, Inc. | Case number *(if known)* | 22-10527-JTD |

| Name and address |
|---|
| 26d.10.  **Chase**<br>**JPMorgan Chase Bank, N.A.**<br>**P O Box 182051**<br>**Columbus, OH 43218** |
| 26d.11.  **SVB**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Zollner** | **al. Jerozolimskie 85 lok.21**<br>**02-001 Warszawa**<br>**Poland** | **Interim CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Olga Batiukova** | **29, A. Malyshko, ap. 81**<br>**Kyiv**<br>**Ukraine**<br>**02192** | **Financial Manager** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

DocuSign Envelope ID: 044D80C3-0277-427B-8D78-54F371AB4158

Debtor    **SanityDesk, Inc.**                                    Case number *(if known)* **22-10527-JTD**

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____6/24/2022_____

*DocuSigned by:*
*Mark Zollner*
C1C3A6DC78024D8...                                    **Mark Zollner**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Interim CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Delaware

In re   **SanityDesk, Inc.**                                    Case No.   **22-10527-JTD**

                                        Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Turner** | | **50,000** | |
| **Benoît Carpent** | | **25,000** | |
| **Bradley B. Furber** | | **200,000** | |
| **Brian Sweigart** | | **50,000** | |
| **David Gonzales** | | **50,000** | |
| **Ewa Wysocka** | | **8,333** | |
| **Janice Orlando** | | **25,000** | |
| **Joel Trammell** | | **25,000** | |
| **Mark Zollner**<br>**al. Jerozolimskie 85 lok.21**<br>**02-001 Warszawa**<br>**Poland** | | **1,000,000** | |
| **Mindy Nies** | | **25,000** | |
| **Oleksandr Golovan** | | **1,000,000** | |
| **Ronald Lynch** | | **9,723** | |
| **Rory Kilmartin** | | **50,000** | |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **SanityDesk, Inc.**                                    Case No.  **22-10527-JTD**

                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Samuel P. Cook**<br>**603 Lockwood Ct,**<br>**Lake Charles, LA 70605** | | **4,000,000** | |
| **Sandor Hatvany** | | **50,000** | |
| **Techstars** | | **600,000** | |
| **Thomas Dorame** | | **50,000** | |
| **Tony Orlando** | | **50,000** | |
| **Travlin McCormack** | | **25,000** | |
| **Tyron Dizon**<br>**1744 Modesto Street Malate**<br>**Manila Philippines 1004** | | **2,000,000** | |
| **Yuriy Bogun** | | **16,667** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Interim CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date      6/24/2022                              Signature   *Mark Zollner*
                                                           C1C3AE6C7B024D8...
                                                        **Mark Zollner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)