# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SANITYDESK, INC.,<br><br>       Debtor. | )<br>) Chapter 11<br>)<br>) Case No. 22-10527(JTD)<br>)<br>) Subchapter V<br>)<br>) **RE: D.I. 26**<br>) |

## NOTICE OF WITHDRAWAL OF DEBTOR'S
## MOTION TO ENFORCE AUTOMATIC STAY [D.I. 26]

**PLEASE TAKE NOTICE** that SanityDesk, Inc., ("Debtor"), by and through undersigned counsel hereby withdraws the *Debtor's Motion to Enforce Automatic Stay* filed on June 24, 2022, at D.I. 26.

Dated: July 5, 2022
      Wilmington, Delaware        GELLERT SCALI BUSENKELL & BROWN, LLC

                                            */s/ Michael Busenkell*
                                            Michael Busenkell (No. 3933)
                                            Ronald S. Gellert (No. 4259)
                                            1201 N. Orange St., Suite 300
                                            Wilmington, Delaware 19801
                                            Phone: (302) 425-5812
                                            Facsimile: (302) 425-5814
                                            Email:  mbusenkell@gsbblaw.com
                                                        rgellert@gsbblaw.com

                                            *Proposed Attorneys for SanityDesk Inc., Debtor and Debtor-in-Possession*