## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SanityDesk, Inc.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 22-10527 (JTD) |

### NOTICE OF CHANGE FROM ASSET TO NO ASSET CASE

David W. Carickhoff, the Chapter 7 Trustee in the above-captioned matter, after due inquiry, having discovered no assets, hereby gives notice that this is a no asset case.

Dated:  March 20, 2024
       Wilmington, Delaware

/s/ David W. Carickhoff
David W. Carickhoff
Chapter 7 Trustee
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 434-4406
Email:  carickhoff@chipmanbrown.com

United States Bankruptcy Court
District of Delaware

In re:  Case No. 22-10527-JTD
SanityDesk, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 4
Date Rcvd: Mar 21, 2024      Form ID: pdfana      Total Noticed: 92

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SanityDesk, Inc., 501 Congress Ave. Suite 150, Austin, TX 78701-3575 |
| aty | + | Amy D. Brown, Gellert Scali Busenkell & Brown, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| aty | + | Linda J. Casey, Office of United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801-3519 |
| aty | + | Linda Richenderfer, Office of the US Trustee, US Trustee's Office, 844 King Street, Suite 2207, Wilmington, DE 19801-3519 |
| aty | + | Michael G. Busenkell, Gellert Scali Busenkell & Brown, LLC, 1201 North Orange Street, 3rd Floor, Wilmington, DE 19801-1167 |
| aty | + | Ronald S. Gellert, Gellert Scali Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801-1167 |
| tr | + | David W. Carickhoff, Chipman Brown Cicero & Cole, LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801-6114 |
| 17478689 | + | 2011-I Partners Trust, 1811 Kanola Road, La Habra, CA 90631-8218 |
| 17478690 | + | 2Enable Partners VIII LP, 850 Washington Street, Suite 220, Dedham, MA 02026-6034 |
| 17478691 | | Alex Portugal, 223 W 105th 5RE, New York, NY 10025 |
| 17478692 | | Alina Kvashenko, Voznesensk, 56500, Oktyabrskoy, Revolyutsii St, 232, Apt.6, Mykolaiv region, Ukraine |
| 17478693 | | Anastasiia Shpak, Khreshchatyk St, 26, Cherkasy, Ukraine, 18031 |
| 17481892 | #+ | Andrew B. Glaab, Cohn & Dussi, LLC, 68 Harrison Ave., Suite 502, Boston, MA 02111-1929 |
| 17478696 | | Anna Tereshchenko, Olimpiiska 1B, 17, Brovary, 07403, Ukraine |
| 17478697 | + | Antonio Sclafani, 240 W Fairway Rd, Henderson, NV 89015-7725 |
| 17478698 | | Anujin de Bergevin, 3 boulevard du parc imp rial, 06000 NICE, France |
| 17478699 | + | Brex Inc., 110 South Park Street, San Francisco, CA 94107-1809 |
| 17478700 | + | CAPCHASE INC, 386 Park Ave S, New York, NY 10016-8847 |
| 17478703 | | CFT Clear Finance Technology Corp., 1055 West Hastings Street Suite 1700, Vancouver, British Columbia V6E 2E9, Canada |
| 17478701 | | Carsted Rosenberg Advokatfirma GmbH, Bahnhofstrasse 2, 6060 Sarnen, Switzerland |
| 17478702 | | Cecil Madrid, 1726, Modesto Str.,, Malate, Manila, Philippines 1004 |
| 17483954 | + | Celtic HQ, 268 South State Street, Suite 300, Salt Lake City, Utah 84111-5314 |
| 17478704 | | Charlie Govea, Circuito Bosque del Roble 341, Col. Bosques del Mineral, Pachuca, Hidalgo, Mexico |
| 17478705 | | David Giang, Anderstorpsv gen 37, 335 33, Gnosj, Sweden |
| 17504691 | + | David M. Serepca, McMahon Serepca LLP, 1900 S. Norfolk Street, Suite #350, San Mateo, CA 94403-1171 |
| 17504606 | + | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |
| 17478706 | | Dmytro Leonov, MAKSYMOVYCHA ST, 3 LVIV LVIV, 79031, Ukraine |
| 17478707 | | Dmytro Prusov, Anishchenko St., 14, apt. 32, Kyiv, Ukraine |
| 17478708 | | Egle Puidokaite, 14 rue George Sand, Palaiseau, 91120, France |
| 17478709 | ++++ | FACEBOOK, 1 HACKER WAY BLDG 10, MENLO PARK CA 94025-1456 address filed with court:, Facebook, 1601 Willow Rd, Menlo Park, CA 94025 |
| 17478710 | | Filip Zarebinski, os. Kazimierzowskie 33/37, 31-844 Krak w, Poland |
| 17483956 | + | Foster Garvey PC, Deborah Crabbe, 1111 Third Avenue, Suite 3000, Seattle, WA 98101-3296 |
| 17478711 | + | Fundbox Supplier, 300 Montgomery Stree, San Francisco, CA 94104-1902 |
| 17478712 | + | Gary Christensen, 756 Avenida Majorca Unit B, Laguna Woods, CA 92637-4441 |
| 17583001 | + | Gellert Scali Busenkell & Brown, LLC, Attn: Michael Busenkell, Esq., 1201 N. Orange Street, Suite 300, Wilmington DE 19801-1167 |
| 17478713 | | GoCloud, Krzyz wki 13B/27, 03-193 Warszawa, Poland |
| 17478714 | | Hanna Goldie, Zavodska street, 7, apt 19, Zhovti Vody, Ukraine, 52200 |
| 17478717 | + | JCM USA LLC, 501 Congress Ave Ste 150, Austin, TX 78701-3575 |

| District/off: 0311-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: pdfana | Total Noticed: 92 |

| | | |
|---|---|---|
| 17478716 | + | James Cook Media Inc. Inc, 501 Congress Ave Ste 150, Austin, TX 78701-3575 |
| 17583392 | + | Jami Nimeroff, Esquire, c/o Brown McGarry Nimeroff LLC, 1500 John F Kennedy Boulevard, Suite 610, Philadelphia, PA 19102-1744 |
| 17478718 | | JungleWP Limited (Pedro Paquemar), 21/F, On Hing Building, 1 On Hing, Terrace, Hong Kong, China |
| 17478719 | | Kate Virchenko, Hrushevskogo 2, housing 1, fl. 24, Poltava 36021, Ukraine |
| 17478720 | | Kateryna Sliusar, Nauky Av, 53, Apt 52, Kharkiw, Ukraine |
| 17478721 | | Krzysztof Wichowski, ul. Andrzeja Struga 1, 35-328, Rzesz w, Poland |
| 17478723 | + | Long-term Loan Fluidlytix, LLC, 3002 Foxcreek Dr., Richardson, TX 75082-3079 |
| 17478724 | | Mariia Prylypko, Tyraspolska 60, ap. 640, Kyiv, Ukraine |
| 17478725 | | Mark Zollner, al. Jerozolimskie 85 lok.21, 02-001 Warszawa, Poland |
| 17504692 | + | Meta Platforms, Inc. (f/k/a Facebook, Inc.), c/o David M. Serepca, Esq., McMahon Serepca LLP, 1900 S. Norfolk Street, Suite #350, San Mateo, CA 94403-1171 |
| 17478726 | + | Meta Platforms. Inc, 1601 Willow Rd, Menlo Park, CA 94025-1452 |
| 17478727 | | Networking Made Simple, Suite 6, HQ1, Abbey St, Tralee, Kerry, Ireland |
| 17478733 | | ORANGE SQUASH AGENCY, Wood View, Kimbolton Road, Hail Weston, Cambridgeshire, PE19 5LB, United Kingdom |
| 17478728 | | Olena Ahamirova, Odeska reg, c. Yuzhne, Hr., Desanta str. 19, app.25, Ukraine |
| 17478729 | | Olena Zhovtivska, 22000, Vinniysia region, Khmilnyk city, prospekt Svobody, 11, Ap. 26, Ukraine |
| 17478730 | | Olga Batiukova, 29, A. Malyshko, ap. 81, Kyiv, Ukraine, 02192 |
| 17478731 | | Olha Dolinska, Leontovycha str, 5, Khmelnyskyi, Ukraine |
| 17478732 | | Olha Karpunets, Polonne city, Shevchenko Str., 7, Khmelnytskyi region, Ukraine |
| 17547622 | + | Pipe Technologies Inc., 360 NW 27th St., 8th Floor, Miami, FL 33127-4158 |
| 17478734 | + | Pipe Technologies Inc., 360 NW 27th Street, Miami, FL 33127-4158 |
| 17478735 | | Resort Homecare, 12/6 Beerburrum Street, Caloundra QLD 4551, Australia |
| 17478736 | | Ruben van der Drift, Carrer de Muntaner, 25 Sobre tico 1a 08011, Barcelona, Spain |
| 17478747 | + | SVB, 255 Battery Street, San Francisco, CA 94111-3327 |
| 17478738 | + | Samuel P. Cook, 603 Lockwood Ct,, Lake Charles, LA 70605-4457 |
| 17478739 | | Semenova Natalya, Urlivska St. 8-14, Kyiv 02095, Ukraine |
| 17478740 | | Serhii Sova, 29D, Nizhynska, Kyiv, 03058, Ukraine |
| 17478741 | | Sidewinder Digital, 9a Opal Drive, Papamoa 3118, New Zealand |
| 17478742 | | Sofia Neroda, ZELENA 33/6, LOKACHI 45500, UKRAINE |
| 17478743 | | Sofia Ostrova, Bal'zaka St, 26a, apt 20, Kiev, Ukraine |
| 17478744 | | Sofia Shyshovska, Kakhovskaya street 62A, app. 66, Kyiv, Ukraine |
| 17478745 | | Stanislav Kovalenko, Mykoly Bazhana Ave, 7?, 225, Kyiv, Ukraine, 02000 |
| 17478746 | + | Stripe, Inc., 354 Oyster Point Blvd South, South San Francisco, CA 94080-1912 |
| 17478748 | + | Thomas Edward Payne, 1833 S. Cholla, Mesa, AZ 85202-5709 |
| 17478749 | | Tyron Dizon, 1744 Modesto Street Malate, Manila Philippines 1004 |
| 17478751 | | Underovsky Krzysztof, Grodzka 42/1, 31-044, Krak w, Poland |
| 17478753 | | VM Design, 8 Taber St., Carleton Place K7C 0H2, Canada |
| 17478754 | | Wilhelmien van Nieuwenhuizen, Story Marketing Studeio, Stockenmatt 33, Stalden Obwalden 6063, Switzerland |
| 17478755 | + | Wistia, 120 Brookline St., Cambridge, MA 02139-4503 |
| 17478756 | | Yaroslav Grobovenko, Chernihiv region, Pryluky district, Zaudaika village, Street Yaroslav the Wise, Ukraine, 17540 |
| 17478757 | | Youcef Gourine, Chokolivs'kyi Boulevard, 39,, Kiev, Kyiv city, Ukraine |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 21 2024 20:15:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| 17483955 | | Email/Text: bankruptcynotices@amazon.com | Mar 21 2024 20:15:00 | Amazon Web Services, Inc., 410 Terry Ave North, Seattle, WA 98109-5210 |
| 17557950 | ^ | MEBN | Mar 21 2024 20:13:04 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 17552250 | + | Email/Text: michael.brittingham@delaware.gov | Mar 21 2024 20:15:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17505046 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 20:15:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA |

Case 22-10527-JTD   Doc 126   Filed 03/23/24   Page 4 of 5

| District/off: 0311-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: pdfana | Total Noticed: 92 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 17547604 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 20:29:19 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 17478722 | | Email/Text: customer.service@libertasfunding.com | Mar 21 2024 20:15:00 | Libertas Funding LLC, Attn:Randy Saluck, 411 West Putnam Ave Suite 220, Greenwich, CT 06380 |
| 17585710 | | Email/Text: customer.service@libertasfunding.com | Mar 21 2024 20:15:00 | Libertas Funding, LLC, 411 W. Putnam Ave, Suite 220, Greenwich, CT 06830 |
| 17547793 | | Email/Text: bncnotices@stripe.com | Mar 21 2024 20:14:00 | Stripe, Inc., Perkins Coie LLP, Attn: Brian Audette, 110 N Wacker Dr, Ste. 3400, Chicago, IL 60606 |
| 17504607 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Mar 21 2024 20:15:00 | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |
| 17504603 | + | Email/Text: secbankruptcy@sec.gov | Mar 21 2024 20:15:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 17504604 | + | Email/Text: nyrobankruptcy@sec.gov | Mar 21 2024 20:15:00 | Securities & Exchange Commission, New York Regional Office, Attn: Mark Berger, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-5520 |
| 17552249 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Mar 21 2024 20:15:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 17478750 | + | Email/Text: PDELINQ@sba.gov | Mar 21 2024 20:15:00 | U.S. Small Business Administration, Office of Disaster Assistance, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17478694 | | Anirban Sengupta, Proprietor, ASG Marketing Services, 216Q, N.S.C Bose Road, Kolkata-700047 |
| 17478695 | | Anna Lomsadze, 6 Rcheulishvili street, Mtatsminda district, Tbilisi, Georgia |
| 17583155 | | DIP Lender Group, c/o Custodian fbo Bradley B. Furber IRA, Bahnhofstrasse 2, Sarnen, CH - 6060, Swi |
| 17547014 | | Gourine Youcef, De Boelelaan 2, Amsterdam, 1083-2 |
| 17478715 | | Jake Marvin Alim, Block 5 Lot 13 Carissa 4B, Brgy. Kaypian,, Cijakejakety of San Jose del Monte, Bulacan, Philippine |
| 17478737 | | S.P.R.L Our New Earth ONE, 46 rue Theys, 6238 Luttre Sanity Desk |
| 17478752 | | Vladyslava Rogachenko, Dehtyarivska, 49A, Kyiv 03113, Ukriane |
| aty | *+ | David W. Carickhoff, Chipman Brown Cicero & Cole, LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801-6114 |
| 17504605 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 17483953 | ##+ | Empire Recovery, c/o Law Offices of Steven Zakharyayev, 1430 Broadway Ste 402, New York, NY 10018-3371 |

TOTAL: 7 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2024          Signature:          /s/Gustava Winters

Case 22-10527-JTD   Doc 126   Filed 03/23/24   Page 5 of 5

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdfana | Total Noticed: 92 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy D. Brown | on behalf of Debtor SanityDesk Inc. abrown@gsbblaw.com |
| David W. Carickhoff | carickhoff@chipmanbrown.com DE20@ecfcbis.com |
| David W. Carickhoff | on behalf of Trustee David W. Carickhoff carickhoff@chipmanbrown.com DE20@ecfcbis.com |
| Jami B Nimeroff | on behalf of Trustee Jami B Nimeroff jnimeroff@bmnlawyers.com cjones@bmnlawyers.com;J125@ecfcbis.com;cblatt@bmnlawyers.com |
| Linda Richenderfer | on behalf of U.S. Trustee U.S. Trustee Linda.Richenderfer@usdoj.gov |
| Linda J. Casey | on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov |
| Michael G. Busenkell | on behalf of Debtor SanityDesk Inc. mbusenkell@gsbblaw.com |
| Ronald S. Gellert | on behalf of Debtor SanityDesk Inc. rgellert@gsbblaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 9